**Exhibit A to the Complaint**

**Location:** Albany, NY                                                                **IP Address:** 24.169.28.43
**Total Works Infringed:** 50                                                        **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | 3F234693C7427250358D58C3A9CBB4A5DE6E058A | Tushy | 01/07/2019 14:42:30 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 2 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 04/23/2018 18:14:37 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 3 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 09/19/2018 16:02:27 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 4 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | Vixen | 11/27/2018 14:07:22 | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 5 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 04/02/2018 13:08:57 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 6 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 07/30/2018 08:12:34 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 7 | 1562051A82BF38DF5A876319EF81058CD3571E80 | Tushy | 04/16/2018 22:11:33 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 8 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 04/09/2018 15:53:41 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 9 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 04/03/2018 18:57:55 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 10 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | Vixen | 12/22/2018 10:57:25 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 11 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 12/11/2018 04:40:28 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 12 | 2E22088D0C4283B905FACB9C0780EDDEAA60F1FD | Vixen | 05/08/2018 04:36:58 | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 13 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/19/2018 16:54:26 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 14 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/08/2018 03:31:35 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 15 | 37481DFC44C8C0AD32770301F8AC48683527309B | Tushy | 11/21/2018 07:57:08 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 16 | 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC | Vixen | 04/02/2018 20:07:32 | 03/30/2018 | 04/17/2018 | PA0002116756 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 17 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 03/28/2018 07:22:08 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 18 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 07/30/2018 08:25:30 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 19 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | Tushy | 12/23/2018 10:45:24 | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 20 | 44A7C050FE1CFB5F926408152097F6643C84D35D | Tushy | 09/10/2018 07:28:44 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 21 | 4A9EA24C2A9EC5D1AE5F2CBBA2C197EB621BE95A | Tushy | 09/19/2018 14:02:34 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 22 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 07/30/2018 09:47:21 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 23 | 5F7F6D1BD18B29C9F152C2B9EB0D62C84C8C4ABB | Tushy | 09/08/2018 10:15:57 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 24 | 650F857E696B63F0B9346A314CF85FEC5839E077 | Tushy | 11/29/2018 22:11:23 | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 25 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 01/02/2019 21:56:58 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 26 | 6B7EEF6AEDA2787A84E7F56E17DF19F5F7CCA93C | Tushy | 05/25/2018 06:22:28 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 27 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 06/13/2018 13:50:08 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 28 | 770DFCF1B56AB7575D3AB9D5D52FC25DD7149CA2 | Tushy | 10/04/2018 13:11:38 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 29 | 80F8E78EEAFF824B9871E2268026269EEC58B5D5 | Tushy | 12/04/2018 18:51:16 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 30 | 99C0003686046E848CDB8C0D2B09F797C1702974 | Vixen | 10/16/2018 15:13:53 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 31 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/26/2018 21:47:53 | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 32 | AE018081CC4330DF8B60E8A2FAC0D579A38C985A | Vixen | 08/23/2018 18:52:35 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 33 | B0CCD9DE9C373BD3CD7467A688FD334CA280E43D | Vixen | 12/31/2018 17:30:36 | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 34 | BDBABBF663AD232C0FDA5C8C98FC9AA1A81B74B6 | Tushy | 03/23/2018 17:40:23 | 03/22/2018 | 04/17/2018 | PA0002116092 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 04/23/2018 18:06:58 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 36 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/17/2018 06:11:03 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 37 | D6CD54844CC7FCEE74708D49E8BC63E23095F77D | Vixen | 06/29/2018 11:30:31 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 38 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | Tushy | 07/24/2018 16:08:29 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 39 | E07877B71CF19666B48388AB9C202988860AC477 | Tushy | 05/04/2018 14:47:58 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 40 | E8FDE02B470854F96FE03570C920B30F274A14E2 | Tushy | 08/15/2018 23:59:19 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 41 | EB9F5B6A04B4DFFA23A8CE55F49267EC9F155492 | Tushy | 12/28/2018 13:28:35 | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 42 | ECCCC798F573E959A7C24820481738448BF5707F | Tushy | 09/11/2018 08:21:47 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 43 | EF30CEA47B180A82FCDB40E4429B9280786CBDCE | Tushy | 06/11/2018 16:43:07 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 44 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/28/2018 22:59:56 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 45 | F20B19B7F5712F23C40B88EE520E8BD18E90217B | Vixen | 11/27/2018 16:23:21 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 46 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 08/15/2018 22:17:47 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 47 | F574E0E6C407F696204F51E6C0E3E994311B7DFC | Vixen | 04/03/2018 19:29:54 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 48 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/16/2018 16:04:35 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 49 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 07/30/2018 08:15:38 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 50 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 08/22/2018 01:27:05 | 01/29/2018 | 03/02/2018 | PA0002104878 |